IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DURENDA SHAW,

    Plaintiff,

vs.                                  CASE NO. 5:06cv259/RS-MD

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 22). Defendant has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The decision of the Commissioner of Social Security is reversed, and the Commissioner is ordered to do a complete analysis of whether Plaintiff's fibromyalgia is a severe condition and, if so, whether that analysis changes the Commissioner's ultimate decision about Plaintiff's residual functional capacity and whether she is disabled as defined in the Social Security Act.

3. Judgment shall be entered in favor of Plaintiff pursuant to sentence four of 42 U.S.C. §405(g).

4.      The clerk is directed to close the file.


ORDERED on January 17, 2008.


                                            <ins>/S/ Richard Smoak</ins>
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**