IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DURENDA SHAW,

    Plaintiff,

vs.                              CASE NO. 5:06cv259/RS-MD

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.
_____/

## ORDER

Before me is Plaintiff's Petition For Attorney's Fees Under The Equal Access To Justice Act (Doc. 25). Defendant does not oppose the petition. I find:

1. Plaintiff is the prevailing party and is entitled to the award of attorney's fees pursuant to 28 U.S.C. §2412.

2. The Commissioner's position was not substantially justified.

3. Plaintiff's request for attorney's fees is reasonable.

**IT IS ORDERED** that attorney's fees in the amount of $5,295.93 are awarded to Plaintiff, subject to proper offset of debt owed by Plaintiff in accordance with 31 C.F.R. §285.5(e((6)(ii) and shall be paid to Plaintiff's counsel, Heather F. Aloe.

ORDERED on February 19, 2008.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**