IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DURENDA SHAW,

    Plaintiff,

vs.                                        CASE NO. 5:06cv259/RS-MD

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 36). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. The Commissioner is ordered to disburse the sum of $12,742.50 to Plaintiff's counsel, as reasonable fees under 42 U.S.C. §406(b).

3. Plaintiff's counsel is ordered to refund to Plaintiff the $5,295.93 previously awarded to Plaintiff's counsel by this court under the EAJA.

4. The clerk is directed to close the file.

**ORDERED** on August 23, 2010.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**